**Oleg G. PODGORETSKY, Plaintiff–Appellant,**

v.

**OCWEN LOAN SERVICING LLC,; The Bank of New York Mellon; J.P. Morgan Chase Bank; Hunoval Law Firm PLLC; Poore Substitute Trustee, Ltd., Defendants–Appellees.**

No. 14–1900.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 26, 2015.

Oleg G. Podgoretsky, Appellant Pro Se. Kristyn Nicola Harrison, Syed Mohsin Reza, Troutman Sanders, LLP, Tysons Corner, Virginia; Brian Allen Calub, Hunoval Law Firm PLLC, Charlotte, North Carolina, for Appellees.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oleg G. Podgoretsky appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Podgoretsky v. Ocwen Loan Servicing LLC*, No. 1:14–cv–00239–AJT–IDD (E.D.Va. Aug. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*